In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as Lido Club Hotel, at Reynolds Channel, on the Island of Long Beach, County of Nassau, State of New York, etc. JOSEPH W. BELDON and Others, a Committee of Certificate Holders, Appellants; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, THE MORTGAGE CORPORATION OF NEW YORK and Others, Respondents, and Others, Interested Parties Below. — Motion for reargument denied, with ten dollars costs. Motion for leave to

appeal to the Court of Appeals denied. Present—Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.